# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0495
_____

HEATHER LEE WILKES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton Drake, Judge.


April 25, 2025

PER CURIAM.

DISMISSED for lack of jurisdiction.

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Heather Lee Wilkes, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Respondent.